## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| CLIFTON BUSH | : | CIVIL ACTION |
|---|---|---|
| | : | |
| v. | : | |
| | : | |
| JIM KENNEY | : | NO. 17-3079 |
| SETH WILLIAMS | : | |

### ORDER

**AND NOW**, this 17th day of August 2017, upon consideration of Plaintiff's Motion to proceed *in forma pauperis* and prison account statement (ECF Doc. Nos. 4 & 5), his *pro se* Complaint (ECF Doc. No. 1) and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Plaintiff's Motion for leave to proceed *in forma pauperis* (ECF Doc. No. 4) is **GRANTED**.

2. Plaintiff, Clifton Bush, #953206 shall pay the full filing fee of $350 in installments under 28 U.S.C. § 1915(b). Based on Mr. Bush's financial information, an initial partial filing fee of $7.67 is assessed. The Warden or other appropriate official at the Curran-Fromhold Correctional Facility or at any other prison at which he may be incarcerated is directed to deduct $7.67 from Mr. Bush's inmate trust fund account, when such funds become available, and forward this amount to the Clerk of the United States District Court for the Eastern District of Pennsylvania, 601 Market Street, Room 2609, Philadelphia, PA 19106, to be credited to Civil Action No. 17-3079. In each succeeding month when the amount in Mr. Bush's inmate trust fund account exceeds $10.00, the Warden or other appropriate official shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to his inmate trust

fund account until the fees are paid. Each payment shall reference this docket number, Civil Action No. 17-3079.

3. The Complaint (ECF Doc. No. 1) is **DISMISSED** for the reasons in the accompanying Memorandum.

4. The Clerk of Court shall send a copy of this order to the Warden of the Curran-Fromhold Correctional Facility.

5. The Clerk of Court shall **CLOSE** this case.

KEARNEY, J.